**Form 210A (10/06)**

# United States Bankruptcy Court

## NORTHERN DISTRICT OF ILLINOIS AT CHICAGO

In re <u>BRIDGETTE BAILEY</u>                           Case No. 06-15271

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Roundup Funding, LLC</u>                           <u>Ameristar Financial Service Co.</u>
Name of Transferee                                  Name of Transferor

Name and Address where notices to transferee        Court Claim # (if known): <u>2</u>
should be sent:                                     Amount of Claim: <u>$14,387.62</u>
    Roundup Funding, LLC                        Date Claim Filed: <u>12/01/2006</u>
    MS 550
    PO Box 91121
    Seattle, WA  98111-9221
Phone:<u>1-866-670-2361</u>                              Phone:
Last Four Digits of Acct #: <u>6522</u>                 Last Four Digits of Acct. #:<u>6522</u>

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By: <u>/s/ Linh K. Tran  WSBA #33885</u>               Date: <u>10/22/2007</u>
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.